UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAGAÑA,<br><br>   Petitioner,<br><br>  v.<br><br>MORALES (WARDEN),<br><br>   Respondent. | Case No. 2:25-cv-01075-DOC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), the parties' submissions in connection with Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the October 3, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

  IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the Petition and this action are dismissed.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 23, 2025

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE