**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAGAÑA, | Case No. 2:25-cv-01075-DOC-JC |
| Petitioner, | |
| v. | JUDGMENT |
| MORALES (WARDEN), | |
| Respondent. | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed.

DATED: October 23, 2025

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE